## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-22330-CMB |
| | : | |
| ODYSSEY CONTRACTING CORP. | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

### NOTICE OF WITHDRAWAL

To: Michael R. Rhodes, Clerk of Courts

    PLEASE TAKE NOTICE that the Trustee withdraws her Motion to Postpone Filing Fee filed on November 7, 2022.

Dated: November 7, 2022                      Respectfully submitted,

                                                */s/Natalie Lutz Cardiello*
                                                Natalie Lutz Cardiello, Trustee
                                                107 Huron Drive
                                                Carnegie, PA 15106
                                                (412) 276-4043
                                                ncardiello@cardiello-law.com
                                                PA ID# 51296