# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Bankruptcy No. 15-22330-11-CMB |
| | : |
| ODYSSEY CONTRACTING CORP. | : Chapter 7 |
| | : |
| *Debtor* | : |
| | : |
| Natalie Lutz Cardiello | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| No Respondent(s) | : |

## Status Report

COMES NOW, Natalie Lutz Cardiello, Esquire, Chapter 7 Trustee in the above-styled case, and files the within Status Report.

1. On October 4, 2022, a hearing was held in connection with the Motion of the United States Trustee to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) [Doc. No. 513]. At the hearing it was stated on the record that Robert O Lampl, Esquire, former counsel to Odyssey Contracting Corp. ("Debtor), accepted equipment owned by the Debtor in lieu of outstanding legal fees without seeking Court approval.

2. Prior to the Meeting of Creditors held on November 7, 2022, the Trustee contacted Sy O. Lampl, Esquire of Robert O Lampl Law Office, LLC, regarding the statements made at the October 4, 2022 hearing. Attorney Lampl provided to the Trustee a Bill of Sale evidencing the transfer of two (2) Komatsus and two (2) Komatsu Grapple Attachments (collectively, the "Equipment") to 422 Aggregates, LLC on March 25, 2020. The property transferred to 422 Aggregates, LLC[1] was owned by Houston Industrial Corporation, which is owned by the principal of the Debtor's wife. A copy of the Bill of Sale is attached hereto as Exhibit "A".

3. The Trustee questioned the principal of the Debtor regarding this transaction at the Meeting of Creditors and was advised that the equipment referenced at the October 4, 2022 hearing was, in fact, the Equipment (which is the subject of the Bill of Sale).

Dated: November 11, 2022            Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

---

[1] Prior to his demise, Robert O Lampl owned a one-third (1/3) interest in 422 Aggregates, LLC.